IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:10CV00328 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MANUEL SALAZAR and ) | |
| ARACELI SALAZAR; ) | |
| MICHAEL F. KIVETT, Trustee, and ) | |
| CITIFINANCIAL, INC. (MD), ) | |
| Beneficiary; MIDLAND FUNDING, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

This matter comes before this Court on the Motion of the Plaintiff for an Order striking its Motion for Publication (filing no. 5) for the reason that the document was incorrectly filed using the electronic case filing system. For good cause shown,

IT IS HEREBY ORDERED that the Clerk's Office shall strike filing no. 5 from the record and the Plaintiff's Motion for Leave to Refile its Motion for Publication (filing no. 6) is granted.

DATED this 22nd day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
CHERYL R. ZWART
United States Magistrate Judge