IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CV328 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MANUEL SALAZAR and ARACELI SALAZAR, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Filing 21, Plaintiff's motion to set aside judgment, etc., is granted. Accordingly, the Judgment and Decree of Foreclosure and Order of Sale entered on April 11, 2011 (filing 20), is hereby vacated and set aside for Plaintiff's failure to complete service on Defendant, CitiFinancial, Inc. (MD).

2. Filing 22, Plaintiff's motion for authorization to seek service out of time is granted. Pursuant to Federal Rule of Civil Procedure 8(m), Plaintiff shall have sixty (60) days from today's date to complete service on Defendant, CitiFinancial, Inc. (MD).

DATED this 19th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge